CHRISTOPHER ALEXANDER
MILLER, Former Husband,

     Appellant,

v.

LISA VIONNE MILLER, Former
Wife,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1401

Opinion filed October 1, 2014.

An appeal from the Circuit Court for Santa Rosa County.
John L. Miller, Judge.

Christopher Alexander Miller, pro se, Appellant.

Gordon Edward Welch, Pensacola, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON, and RAY, JJ., CONCUR.